■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC R. KNAACK, Appellant. [614 NYS2d 955] —Judgment unanimously affirmed. Memorandum: By failing to object at sentencing to the People's failure to amend the predicate felony

statement to include a conviction for burglary in the third degree, defendant has failed to preserve for review his present argument that he was illegally sentenced as a second felony offender *(see, People v Callahan,* 80 NY2d 273, 281). Moreover, because defendant admitted the prior conviction and raised no constitutional challenge, it would be "futile and pointless" to remit the matter for resentencing *(People v Bouyea,* 64 NY2d 1140, 1142; *see, People v Harris,* 61 NY2d 9, 20; *cf., People v Thomas,* 113 AD2d 1029). (Appeal from Judgment of Onondaga County Court, Elliott, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.